# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Thomas Richard Walton**
**Nelda Harrell Walton**
Debtor(s)

Case No. **24-50819**
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **August 8, 2025**         /s/ **Thomas Richard Walton**
                                 **Thomas Richard Walton**
                                 Signature of Debtor

Date: **August 8, 2025**         /s/ **Nelda Harrell Walton**
                                 **Nelda Harrell Walton**
                                 Signature of Debtor

```
THOMAS RICHARD WALTON            INTERNAL REVENUE SERVI          VERIZON WIRELESS
NELDA HARRELL WALTON             C/O US ATTORNEY                 ATTN: BANKRUPTCY
21367 E EDGEWOOD DR              501 EAST COURT ST               500 TECHNOLOGY DR
SAUCIER, MS 39574                STE 4.430                       STE 599
                                 JACKSON, MS 39201               WELDON SPRINGS, MO 6330


THOMAS C. ROLLINS, JR.           KEESLER FCU                     WEBBANK/ FINGERHUT
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY                6250 RIDGEWOOD ROAD
P.O. BOX 13767                   2602 PASS RD                    SAINT CLOUD, MN 56303
JACKSON, MS 39236                BILOXI, MS 39531


AMERICAN HONDA FINANCE           KEESLER FEDERAL CRED U          WILSON KIA
ATTN: BANKRUPTCY                 2602 PASS RD                    4204 LAKELAND DR
PO BOX 168088                    BILOXI, MS 39531                FLOWOOD, MS 39232
IRVING, TX 75016


ASSOCIATES RECOVERY***           M & T BANK                      WYNDHAM VACATION
1449 WHALLEY AVE                 ATTN: BANKRUPTCY                ATTN: BANKRUPTCY
NEW HAVEN, CT 06515              PO BOX 844                      P.O. BOX 98940
                                 BUFFALO, NY 14240               LAS VEGAS, NV 89139


CITIBANK                         MEMORIAL HOSPITAL
PO BOX 790040                    PO BOX 1810
ST LOUIS, MO 63179               GULFPORT, MS 39502


COLLECTIONS, INC                 MONTGOMERY WARD
P.O. BOX 6065                    1112 7TH AVE
GULFPORT, MS 39506               MONROE, WI 53566-1364


CONN'S HOMEPLUS                  RESURGENT CAPITAL
2445 TECHNOLOGY FOREST           P.O. BOX 10675
BUILDING 4, SUITE 800            GREENVILLE, SC 29603-0675
THE WOODLANDS, TX 77381


GULF COAST FCU                   TOWER LOAN
12364 HIGHWAY 49                 ATTN: BANKRUPTCY
GULFPORT, MS 39503               PO BOX 320001
                                 FLOWOOD, MS 39232


INTERNAL REVENUE SERVI           US ATTORNEY GENERAL
CENTRALIZED INSOLVENCY           US DEPT OF JUSTICE
P.O. BOX 7346                    950 PENNSYLVANIA AVENW
PHILADELPHIA, PA 19101-7346      WASHINGTON, DC 20530-0001
```