_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:                                                    CHAPTER 13

**THOMAS RICHARD WALTON**                    CASE NO. 24-50819-KMS
**NELDA HARRELL WALTON**

## AMENDED ORDER DIRECTING DEBTOR PLAN PAYMENTS

    IT APPEARING TO THE COURT that the above-referenced Debtor(s) have subjected earnings to the jurisdiction of this Court and that the Debtor(s) are subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan.[1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**THOMAS RICHARD & NELDA HARRELL WALTON**
**21367 E EDGEWOOD DR**
**SAUCIER, MS  39574**

is directed to pay by TFS, money order or cashier's check the sum of ***__$2,098.00__ PER MONTH, BEGINNING __APRIL 2026__** Plea**s**e send payments to:

**WARREN A. CUNTZ, JR., CH. 13 TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

*Please notate your name and case number on the payment to the Trustee.*

**##END OF ORDER##**

_____

**1. Increased due to Notice of Mtg Payment Change dkt 40. If you have any questions, please contact your attorney.**